**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone: (310) 993-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiff,
CHERISH DEWBERRY

**CLARK HILL LLP**
PENELOPE M. DEIHL, ESQ. SBN: 167040
GEORGES A. HADDAD SBN:241785
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIS M. DEWBERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No: 2:22-CV-05811-DMG-PVC<br><br>Hon. Wesley L. Hsu<br><br>**JOINT [PROPOSED] WITNESS LIST**<br><br>Trial Date:  April 30, 2024<br>Complaint Filed: August 16, 2022 |

{55.823. - 00769741.DOCX}

The Parties hereby submit the below list of proposed exhibits:

| Witness's Name*, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Cherish Dewberry, Plaintiff | Will testify about her purchase, the problems she had with the vehicle, the substantial amount of time for repairs, her experience with BMW Customer Service, her lack of knowledge and understanding about the repurchase and review process, her background and other vehicles she has owned. She will testify about impairment of use, value, and/or safety to her as a result of the defects in the vehicle. She will testify about the quantity of damages and related documents supporting the testimony. She will testify about her interactions with BMW and its authorized repair facilities. | 2 hours | 1 hour | |
| Plaintiff Expert Witness, Thomas Lepper | Mr. Lepper will testify about his qualifications and job history to establish himself as an expert witness to the jury. Mr. Lepper will provide expert testimony related to the warranty repairs on this vehicle, the repair history of the vehicle, an analysis of the repair methods utilized by BMW's authorized repair | 2 hours | 1.5 hours | |

{55.823. - 00769741.DOCX}

| Witness's Name*, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | facilities, an analysis of technical service bulletins and recalls related to the problems with the vehicle, an analysis of the impairment of use, value, and/or safety as a result of the reported defects in the vehicles. Mr. Lepper will provide counter-testimony to the opinions of BMW's expert Tony Randazzo, should he be allowed to testify. | | | |
| BMW Expert Witness, Tony Randazzo | Plaintiff objects to the use of Mr. Randazzo as an expert witness, as he did not provide a Rule 26(a) Report. In the instance Mr. Randazzo is allowed to testify, Plaintiff intends to cross-examine Mr. Randazzo pursuant to his expert opinions on the repair history of the vehicle, his training and work experience, and his findings and conclusions. | 2 hours | 1.5 hours | |
| BMW's 30(b)(6) Witness Mark Nicastro | This individual possesses information regarding the service/repair made to the subject vehicle and Plaintiff's contacts with BMW NA's Customer Relations. Mr. Nicastro is also | 1.5 hours | 1.5 hours | |

{55.823. - 00769741.DOCX}

| Witness's Name*, Title, Affiliation | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | anticipated to authenticate the express limited warranty provided by BMW NA for the subject vehicle, and testify regarding the terms of that warranty and the extent to which repairs performed on the Vehicle were covered by the terms of BMW NA's express limited warranty. | | | |
| TOTAL ESTIMATE: 13 hours | | 7.5 hours | 5.5 hours | |

{55.823. - 00769741.DOCX}

DATED: March 15, 2024        QUILL & ARROW, LLP

By: */s/ Andrew Jung*
    Bryan C. Altman, Esq.
    Andrew Jung, Esq.
    Attorneys for Plaintiff,
    CHERISH DEWBERRY

DATED: March 15, 2024        CLARK HILL LLP

By: */s/Georges Haddad*
    Georges Haddad, Esq.
    Attorney for Defendant,
    BMW OF NORTH AMERICA, LLC

{55.823. - 00769741.DOCX}