| | |
|---|---|
| 1 | **QUILL & ARROW, LLP** |
| 2 | Kevin Y. Jacobson, Esq.  (SBN 320532)<br>Andrew Jung, Esq. (SBN 336002) |
| 3 | 10880 Wilshire Blvd., Suite 1600 |
| 4 | Los Angeles, CA 90024<br>Telephone: (310) 993-4271 |
| 5 | Facsimile: (310) 889-0645 |
| 6 | |
| 7 | Attorneys for Plaintiff,<br>CHERISH DEWBERRY |
| 8 | |
| 9 | **CLARK HILL LLP**<br>PENELOPE M. DEIHL, ESQ. SBN: 167040 |
| 10 | GEORGES A. HADDAD, ESQ., SBN 241785<br>555 South Flower Street, 24th Floor |
| 11 | Los Angeles, CA 90071<br>Telephone: (213) 891-9100 |
| 12 | Facsimile: (213) 488-1178 |
| 13 | |
| 14 | Attorneys for Defendant,<br>BMW OF NORTH AMERICA, LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIS M. DEWBERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No: 2:22-CV-05811-DMG-PVC<br><br>Hon. Wesley L. Hsu<br><br>**SECOND AMENDED JOINT [PROPOSED] EXHIBIT LIST**<br><br>Trial Date:          April 30, 2024<br>Complaint Filed: August 16, 2022 |

{55.823. - 00769741.DOCX}

The Parties hereby submit the below list of proposed exhibits:

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Subject Vehicle Retail Sales Installment Contract, dated June 25, 2021 | Plaintiff | | | |
| 2. | Subject Vehicle CarFax Vehicle History Report, dated August 11, 2022 | Plaintiff | | | |
| 3. | Subject Vehicle Retail Sales Installment Contract Supporting Pre-Disclosure Documents | Plaintiff | | | |
| 4. | Repair Order #507660, dated June 4, 2021 | BMW's 30(b)(6) Witness | | | |
| 5. | Repair Order #507919, dated June 7, 2021 | BMW's 30(b)(6) Witness | | | |
| 6. | Repair Order #349797, dated June 28, 2021 | BMW's 30(b)(6) Witness | | | |

{55.823. - 00769741.DOCX}

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 7. | Repair Order # 350008, dated July 1, 2021 | BMW's 30(b)(6) Witness | | | |
| 8. | Repair Order #351013, dated July 21, 2021 | BMW's 30(b)(6) Witness | | | |
| 9. | Repair Order # 352629, dated August 23, 2021 | BMW's 30(b)(6) Witness | | | |
| 10. | Repair Order # 355146, dated October 10, 2021 | BMW's 30(b)(6) Witness | | | |
| 11. | Repair Order # 357351, dated November 30, 2021 | BMW's 30(b)(6) Witness | | | |
| 12. | Repair Order # 852015, dated March 18, 2022 | BMW's 30(b)(6) Witness | | | |
| 13. | Repair Order #529840, dated April 13, 2022 | BMW's 30(b)(6) Witness | | | |
| 14. | Repair Order #531096, dated May 3, 2022 | BMW's 30(b)(6) Witness | | | |
| 15. | Repair Order #522263, dated July 20, 2022 | BMW's 30(b)(6) Witness | | | |

{55.823. - 00769741.DOCX}

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 16. | Plaintiff's Photographs of the Subject Vehicle (4) | Plaintiff | | | |
| 17. | BMW Warranty Vehicle Inquiry Report | BMW's 30(b)(6) Witness | | | |
| 18. | BMW Case Detail Report | BMW's 30(b)(6) Witness | | | |
| 19. | Defendant's Expert Witness Report and expert file | Defendant's Expert Witness, Tony Randazzo | | | |
| 20. | Plaintiff's Expert Witness Report and expert file | Plaintiff's Expert Witness, Thomas Lepper | | | |
| 20-50. | *Reserved* | | | | |

{55.823. - 00769741.DOCX}

DATED: April 26, 2024     QUILL & ARROW, LLP

By: */s/ Andrew Jung*
    Bryan C. Altman, Esq.
    Andrew Jung, Esq.
    Attorneys for Plaintiff,
    CHERISH DEWBERRY

DATED: April 26, 2024     CLARK HILL LLP

By: */s/Georges Haddad*
    Georges Haddad, Esq.
    Attorney for Defendant,
    BMW OF NORTH AMERICA, LLC

{55.823. - 00769741.DOCX}